**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 11-2291-PHX-PGR |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Jay Kevin Perry, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's amended second motion to continue sentencing, which is set for April 23, 2013 (Doc. 61). The United States opposes the motion (Doc. 62).

The motion, which was filed April 19, 2013, cites a recommendation contained in the United States' sentencing memorandum, filed April 17, 2013, as a basis for continuing sentencing. In its response to the motion, the United States withdraws its recommendation (Doc. 62 at 2.). The Court also agrees with the United States that Defendant's health concerns are not a basis for continuing sentencing.

Accordingly,

**IT IS HEREBY ORDERED** denying the motion to continue sentencing (Doc. 61).

DATED this 22nd day of April, 2013.

_____
Paul G. Rosenblatt
United States District Judge